IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERCIS B.V., | |
| Plaintiff, | Case No.: 1:19-cv-1226 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey Cummings |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 276 | Hiltow |
| 22 | bighouse88 |
| 28 | classicstone201412 |
| 357 | MEIKEE Official Store |
| 93 | yoson-camping |
| 24 | boris-garden |
| 308 | BORUIT Boutique Store |
| 274 | chen guangping |
| 144 | Happiness Warehouse |
| 84 | vdidit |
| 88 | wewilldo |
| 66 | printtshirt |
| 233 | Tianjin Weize Science and Technology Development Co., Ltd. |
| 234 | tianjinlianhongkejiyouxiangongsi |
| 216 | Shenzhen F & B Technology Co., Ltd. |
| 235 | tonybin |

DATED: April 5, 2019

Respectfully submitted,

*/s/ Keith A. Vogt*

>Keith A. Vogt (Bar No. 6207971)
>Keith Vogt, Ltd.
>1033 South Blvd., Suite 200
>Oak Park, Illinois 60302
>Telephone: 708-203-4787
>E-mail: keith@vogtip.com
>
>***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 5, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*