IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERCIS B.V., | |
| Plaintiff, | Case No.: 1:19-cv-1226 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey Cummings |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 15 | anime*world |
| 34 | factory-wholesale888 |
| 30 | discount*store |
| 13 | 2019wholesale-store |
| 79 | toys_top1*gift |
| 75 | top*gift |
| 77 | toys*gift |
| 56 | lovely*520baby |
| 37 | figure*factory |
| 45 | ivita-china |
| 90 | world*toys |
| 89 | world*china |
| 78 | toys_shop2018 |

| | |
|---|---|
| 76 | top_tore |
| 58 | mascot_shop2018 |
| 62 | nb*seller |
| 33 | factorty-wholesale |
| 67 | professional**seller |
| 14 | adahot |
| 155 | homebuy International Trade Co., Ltd |
| 283 | ORYOUGO |
| 99 | amazinghappens |
| 244 | WOPUTUO LTD |
| 95 | 18912883939@163.com |
| 281 | Minecarts |
| 338 | Highquality4you |
| 405 | wiess lamp Store |
| 318 | Dreaming Homes Store |
| 323 | Expectation |
| 350 | LoveOurLife Store |
| 298 | Baby Boutique Store |
| 264 | Zeanoog Internatianl Co.Ltd |

DATED: April 12, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Keith A. Vogt*
　　　　　　　　　　　　　　　　　　　　Keith A. Vogt (Bar No. 6207971)
　　　　　　　　　　　　　　　　　　　　Keith Vogt, Ltd.
　　　　　　　　　　　　　　　　　　　　1033 South Blvd., Suite 200
　　　　　　　　　　　　　　　　　　　　Oak Park, Illinois 60302
　　　　　　　　　　　　　　　　　　　　Telephone: 708-203-4787
　　　　　　　　　　　　　　　　　　　　E-mail:　keith@vogtip.com

　　　　　　　　　　　　　　　　　　　　***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 12, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                     */s/ Keith A. Vogt*