IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MERCIS B.V., | |
| Plaintiff, | Case No.: 1:19-cv-1226 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey Cummings |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 304 | Belaibo Bathroom Lighting Store |
| 39 | funnys_gallery |
| 223 | songchunxuhh |
| 44 | itopgroup |
| 87 | West_wood |
| 311 | Child Lovely Store |
| 345 | Keep Loving Baby Store |
| 368 | Pekids toy Store |
| 314 | Comtel Toy Store |
| 100 | AQ FASHION TAG |
| 414 | Yw Qia Er Decoration Store |
| 306 | booksew0 fabric Store |
| 307 | booksew1 quilting Store |
| 396 | SUPERMOM- Store |
| 301 | Bananana Store |
| 353 | Luckee Store |
| 373 | romjame Store |
| 335 | GUUUUO Official Store |
| 361 | Nordic Nursery Decor Store |
| 309 | CarpeDiem Store |

DATED:  April 18, 2019                    Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail:  keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 18, 2019 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*